IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRION AUSTIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-719-WKW |
| | ) | [WO] |
| MICHAEL RYAN BLACK, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is Plaintiff's Amendment to Complaint, (Doc. # 6), which is construed as a Motion to File an Amended Complaint. Fed. R. Civ. P. 15(a)(2). It is ORDERED that the Motion is GRANTED and that the Amended Complaint (Doc. # 6) is the operative Complaint.

It is also ORDERED that Plaintiff's Motion to Correct Name of the Defendant (Doc. # 7) is DENIED as moot. The Clerk of the Court is DIRECTED to terminate Michael Ryan Brown as a party.

It is further ORDERED that Defendant Michael Ryan Black shall file a reply to Plaintiff's response (Doc. # 9) on or before **April 21, 2023**.

DONE this 12th day of April, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE